KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMIR PARANDIAN, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO R. GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ADUARDO AGUIRRE, Director of United States Citizenship and Immigration Services; MICHAEL MUELLER, Director of the Federal Bureau of Investigation; CHRISTINA POULOS, Acting Director of the California Service Center, <br><br> Defendants. | Case No. 06-7001 SBA <br><br> **STIPULATION TO DISMISS WITHOUT PREJUDICE; AND ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C06-7001 SBA                         1

1 | Date: January 16, 2007 | Respectfully submitted,
2 | | KEVIN V. RYAN
3 | | United States Attorney
4 |
5 | | _____/s/_____
  | | EDWARD A. OLSEN
  | | Assistant United States Attorney
6 | | Attorneys for Defendants
7 |
8 |
9 | Date: January 16, 2007 | _____/s/_____
  | | ROBERT L. VOLZ
10 | | Attorney for Plaintiff
11 |
12 |
13 | **ORDER**
14 | Pursuant to stipulation, IT IS SO ORDERED.
15 |
16 | Date: 1/17/07 | *[signature]* Saundra B Armstrong
  | | SAUNDRA BROWN ARMSTRONG
17 | | United States District Judge

Stip. to Dismiss
C06-7001 SBA                              2